UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-cv-24064-KMW

JUAN CARLOS GIL,

    Plaintiff,

vs.

CARTER'S, INC.
d/b/a www.oshkosh.com,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff JUAN CARLOS GIL and Defendant CARTER'S, INC. (collectively referred to as "the Parties"), hereby give notice that the Parties have reached an amicable settlement with regard to the Complaint filed by Plaintiff. The Parties respectfully request that all pending deadlines be stayed while the Parties finalize the settlement process. The Parties anticipate filing appropriate dismissal papers and a proposed Consent Order within the next thirty (30) days.

Dated this 16th day of November 2016.        Respectfully submitted,

By: */s/Scott Dinin*
Scott R. Dinin, Esq.
Florida Bar No. 97780
E-mail: inbox@dininlaw.com

**SCOTT R. DININ, P.A.**
4200 NW 7thAvenue
Miami, Florida  33127
Telephone: 786.431.1333
*Counsel for Plaintiff,*
*Andres Gomez*

By: */s/Grissel Seijo*
Grissel Seijo, Esq.
Florida Bar No. 0087594
gseijo@littler.com

**LITTLER MENDELSON, P.C.**
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: 305.400.7500
Facsimile: 305.603.2552
*Counsel for Defendant,*
*Carter's, Inc.*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on 16th of November 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Grissel Seijo

## SERVICE LIST

| ATTORNEY FOR PLAINTIFF<br>ANDRES GOMEZ | ATTORNEYS FOR DEFENDANT<br>CARTER'S, INC. |
|---|---|
| Scott R. Dinin, Esq.<br>SCOTT R DININ, P.A.<br>4200 NW 7thAvenue<br>Miami, FL 33127 | Grissel Seijo, Esq.<br>LITTLER MENDELSON, P.C.<br>Wells Fargo Center<br>333 S.E. 2nd Avenue, Suite 2700<br>Miami, FL 33131 |