UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-24064-CIV-WILLIAMS

JUAN CARLOS GIL,

    Plaintiff,

vs.

CARTER'S, INC.,

    Defendant.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court upon the Parties' joint stipulation for dismissal with prejudice. (DE 11). Upon review of the stipulation and the record, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, expenses and attorneys' fees, except as provided for in their settlement agreement. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 20 day of January, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE